IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY BOGAN,** | NO. CIV S-02-1408 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, et al.,** | |
| Defendants. | |

On September 19 2005, defendants requested an extension of time of ten court days to file objections to the magistrate judge's findings and recommendations.

Good cause appearing, defendants' request is granted. Plaintiff shall file his reply, if any, within five days of service of defendants' objections.

DATED: September 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE