UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| GREGORY A. BOGAN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DAVE RUNNELS; et al.,<br><br>Defendants - Appellees. | No. 05-17363<br>D.C. No. CV-02-01408-FCD/JKM<br><br><br>ORDER |

**FILED**

JAN 1 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [✓]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 1/18/06